|   |   |
|---|---|
| 1 | Dana J. Oliver, Esq. (SBN: 291082) |
| 2 | dana@danaoliverlaw.com |
| 3 | OLIVER LAW CENTER, INC. |
|   | 8780 19th Street #559 |
| 4 | Rancho Cucamonga, CA 91701 |
|   | Telephone:  (855)384-3262 |
| 5 | Facsimile:  (888)570-2021 |

*Attorneys for Plaintiff and the Proposed Classes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QUINSTREET, INC.<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Plaintiff Maxx Lyman files this Certification and states that he is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation. Other than counsel for the Plaintiff, the Plaintiff also knows of no other persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or any other entities, to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Accordingly, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2023 | PLAINTIFF, individually and on behalf of all others similarly situated, |

By: */s/ Dana Oliver*

    Anthony Paronich, *Subject to Pro Hac Vice*
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel: (617) 485-0018
    Fax: (508) 318-8100
    anthony@paronichlaw.com

    *Attorneys of Record for Plaintiff and the Proposed Classes*

- 2 -

*Lyman v. Quinstreet, Inc.*