**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN: 350444)
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (858) 795-0426
Facsimile:  (212) 808-7897
rdurrant@kelleydrye.com

Damon Suden (*pro hac vice*)
James B. Saylor (*pro hac vice*)
Edwin Adlam Herod (*pro hac vice*)
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
dsuden@kelleydrye.com
jsaylor@kelleydrye.com
therod@kelleydrye.com

*Counsel for Defendant*
*QuinStreet, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>QUINSTREET, INC.,<br><br>                    Defendants. | Case No. 5:23-CV-5056-PCP<br><br>Assigned to Hon. P. Casey Pitts<br><br>**DEFENDANT QUINSTREET, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED PARTIES** |

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of

2   record for Defendant QuinStreet, Inc. ("QuinStreet"), hereby certifies that as of this date,

3   QuinStreet is a publicly held corporation, and that 10% or more of its stock is owned by Blackrock,

4   Inc., a publicly held corporation.  No corporation is the parent of QuinStreet, and no other publicly

5   held corporation owns 10% or more of its stock.

6   Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for QuinStreet

7   hereby certifies that as of this date, other than the named parties, there is no such interest to

8   report.

9

10

11   DATED: November 14, 2023                **KELLEY DRYE & WARREN LLP**

12                                           By: */s/ Rebecca B. Durrant*
                                             Rebecca B. Durrant (SBN: 350444)
13                                           888 Prospect Street, Suite 200
                                             La Jolla, CA 92037
14                                           Telephone: (858) 795-0426
                                             Facsimile:  (212) 808-7897
15                                           rdurrant@kelleydrye.com

16                                           Damon Suden (*pro hac vice*)
                                             James B. Saylor (*pro hac vice*)
17                                           Edwin Adlam Herod (*pro hac vice*)
                                             3 World Trade Center
18                                           175 Greenwich St.
                                             New York, NY 10007
19                                           Telephone: (212) 808-7800
                                             Facsimile:  (212) 808-7897
20                                           dsuden@kelleydrye.com
                                             jsaylor@kelleydrye.com
21                                           therod@kelleydrye.com

22                                           *Counsel for Defendant*
                                             *QuinStreet, Inc.*
23

24

25

26

27

28

DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2023, I electronically filed the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED PARTIES** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: November 14, 2023                 Respectfully submitted.

                                    By:   */s/ Rebecca B. Durrant*
                                          Rebecca B. Durant

DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES