1
**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN: 350444)
2
888 Prospect Street, Suite 200
La Jolla, CA 92037
3
Telephone: (212) 808-7551
Facsimile:  (212) 808-7897
4
rdurrant@kelleydrye.com

5
Damon Suden (*pro hac vice*)
James B. Saylor (*pro hac vice*)
6
Edwin Adlam Herod (*pro hac vice*)
3 World Trade Center
7
175 Greenwich St.
New York, NY 10007
8
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
9
dsuden@kelleydrye.com
jsaylor@kelleydrye.com
10
therod@kelleydrye.com

11
*Counsel for Defendant*
*QuinStreet, Inc.*
12

13
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
14
**SAN JOSE DIVISION**

15
MAXX LYMAN, individually and on
behalf of all others similarly situated,
16

Plaintiff,
17

v.
18

QUINSTREET, INC.,
19

Defendant.
20

Case No. 5:23-CV-5056-PCP

Assigned to Hon. P. Casey Pitts

**JOINT STIPULATION TO ADJOURN**
**CASE MANAGEMENT CONFERENCE**
**AND RELATED DEADLINES**

**ACTION FILED:**
**October 3, 2023**

21

22

23

24

25

26

27

28

Pursuant to Local Rule 7-12, Plaintiff Maxx Lyman ("Plaintiff") and Defendant QuinStreet, Inc. ("QuinStreet"), by and through their respective counsel, based on the good cause discussed herein, herby jointly stipulate to and request that the Court enter an adjournment of the Initial Case Management Conference (the "CMC") and the related deadline for the submission of the Joint Case Management Statement (the "CMS").

**RECITALS**

1.      On October 3, 2023, Plaintiff filed the Complaint, ECF No. 1.

2.      On October 16, 2023, the parties filed a joint stipulation to extend QuinStreet's time to respond to the Complaint, ECF No. 14.

3.      On November 14, 2023, QuinStreet filed a motion to dismiss the class action complaint (the "Motion"), ECF No. 22, which is dispositive of the entire case.

4.      On November 16, 2023, Plaintiff filed his opposition to QuinStreet's Motion, ECF No. 24.

5.      On December 5, 2023, QuinStreet filed its reply in further support of its Motion, ECF No. 25.

6.      The hearing on QuinStreet's Motion is set for February 29, 2024 at 10:00 am.

7.      The CMS is due on December 21, 2023, ECF No. 13.

8.      The CMC is scheduled for January 4, 2024 at 1:00 pm PST in San Jose, Courtroom 8, 4th Floor, ECF No. 13.

9.      The parties have met and conferred and agreed that in light of the pending Motion, the CMC should be adjourned to February 29, 2024 at 1:00 pm and the related deadline for filing the CMS should be adjourned to February 15, 2024.

10.     There is good cause for this adjournment.  First, given the pending Motion, the parties believe it will promote efficiency and preserve resources to adjourn the CMC and related deadlines.  Second, setting the CMC for the same date as the hearing on the Motion will allow counsel for both parties to travel to California once, instead of twice.

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

11. If, however, the Court prefers to adjourn the CMC to a date more than 21 days after the hearing on the motion to dismiss, as provided in the Court's Standing Order, then the parties propose setting the CMC for March 28, 2024 at 1:00 pm.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:**

1. The CMS due December 21, 2023, shall be adjourned until February 15, 2024.

2. The CMC scheduled for January 4, 2024, shall be adjourned until February 29, 2024 at 1:00 pm.

DATED: December 7, 2023

By: */s/ Anthony Paronich*
    Anthony Paronich (*pro hac vice*)
    **PARONICH LAW, P.C.**
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Facsimile:  (508) 318-8100
    anthony@paronichlaw.com

    Dana J. Oliver (SBN: 291082)
    **OLIVER LAW CENTER, INC.**
    8780 19th Street #559
    Rancho Cucamonga, CA 91701
    Telephone: (855) 384-3262
    Facsimile:  (888) 570-2021
    dana@danaoliverlaw.com

    *Counsel for Plaintiff*
    *Maxx Lyman*

By: */s/ Rebecca B. Durrant*
    Rebecca B. Durrant (SBN: 350444)
    **KELLEY DRYE & WARREN LLP**
    888 Prospect Street, Suite 200
    La Jolla, CA 92037
    Telephone: (212) 808-7551
    Facsimile:  (212) 808-7897
    rdurrant@kelleydrye.com

    Damon Suden (*pro hac vice*)
    James B. Saylor (*pro hac vice*)
    Edwin Adlam Herod (*pro hac vice*)
    3 World Trade Center
    175 Greenwich St.
    New York, NY 10007
    Telephone: (212) 808-7800
    Facsimile:  (212) 808-7897
    dsuden@kelleydrye.com
    jsaylor@kelleydrye.com
    therod@kelleydrye.com

    *Counsel for Defendant*
    *QuinStreet, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Rebecca B. Durrant, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

DATED: December 7, 2023

By:   */s/ Rebecca B. Durrant*
Rebecca B. Durrant (SBN: 350444)
**KELLEY DRYE & WARREN LLP**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile:  (212) 808-7897
rdurrant@kelleydrye.com

*Counsel for Defendant*
*QuinStreet, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2023, I electronically filed the foregoing **JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: December 7, 2023                         Respectfully submitted,

By:   */s/ Rebecca B. Durrant*
       Rebecca B. Durrant

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10

11

12    MAXX LYMAN, individually and on
behalf of all others similarly situated,

13                          Plaintiff,

14              v.

15    QUINSTREET, INC.,

16                          Defendant.

Case No. 5:23-CV-5056-PCP

Assigned to Hon. P. Casey Pitts

**[PROPOSED] ORDER GRANTING**
**JOINT STIPULATION TO ADJOURN**
**CASE MANAGEMENT CONFERENCE**
**AND RELATED DEADLINES**

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:23-CV-5056-PCP

[PROPOSED] ORDER

**[PROPOSED] ORDER**

After considering the Joint Stipulation To Adjourn Case Management Conference and Related Deadlines, and finding good cause therefore, **IT IS HEREBY ORDERED:**

      1.     The Case Management Statement due December 21, 2023, shall be adjourned until February 15, 2024.

      2.     The Case Management Conference scheduled for January 4, 2024, shall be adjourned until February 29, 2024 at 1:00 pm.

DATED: _____            _____

                                     Hon. P. Casey Pitts, U.S.D.J.