1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>QUINSTREET, INC.,<br><br>　　　　　　　Defendant. | Case No. 5:23-CV-5056-PCP<br><br>Assigned to Hon. P. Casey Pitts<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

# [PROPOSED] ORDER

After considering the Joint Stipulation To Adjourn Case Management Conference and Related Deadlines, and finding good cause therefore, **IT IS HEREBY ORDERED:**

1. The Case Management Statement due December 21, 2023, shall be adjourned until February 15, 2024.

2. The Case Management Conference scheduled for January 4, 2024, shall be adjourned until February 29, 2024 at ~~1:00 pm.~~ 10:00 a.m.

DATED: December 12, 2023    _____

Hon. P. Casey Pitts, U.S.D.J.