**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN: 350444)
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile:  (212) 808-7897
rdurrant@kelleydrye.com

Damon Suden (*pro hac vice*)
James B. Saylor (*pro hac vice*)
Edwin Adlam Herod (*pro hac vice*)
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
dsuden@kelleydrye.com
jsaylor@kelleydrye.com
therod@kelleydrye.com

*Counsel for Defendant
QuinStreet, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QUINSTREET, INC.,<br><br>    Defendant. | Case No. 5:23-CV-5056-PCP<br><br>Assigned to Hon. P. Casey Pitts<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**Hearing Date: February 29, 2024**<br>**Time:**        **2:00 PM**<br>**Place:**        **Courtroom 8, 4th Floor** |

1    Defendant QuinStreet, Inc. ("QuinStreet"), by and through its counsel, hereby submits
2  this statement of recent decision in support of its Motion to Dismiss the Class Action Complaint
3  (ECF No. 22), which is set for hearing before this Court on February 29, 2024.  Attached hereto
4  as **Exhibit A** is a copy of *Moore v. Triumph CSR Acquisition, LLC*, No. 23-cv-4659, 2023 WL
5  8601528 (N.D. Ill. Dec. 12, 2023), which was decided after QuinStreet filed its reply in further
6  support of its Motion to Dismiss on December 5, 2023 (*see* ECF No. 25).

7    In *Moore*, the Northern District of Illinois held that "[a] cell phone is not a residential
8  phone.  So any calls to a cell phone cannot violate subsection 227(b)(1)(B)."  *Moore*, 2023 WL
9  8601528, at *3 (citing 47 U.S.C. § 227(b)(1)(B)).

DATED: February 16, 2024

**KELLEY DRYE & WARREN LLP**

By: */s/ James B. Saylor*
Damon Suden (*pro hac vice*)
James B. Saylor (*pro hac vice*)
Edwin Adlam Herod (*pro hac vice*)
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
dsuden@kelleydrye.com
jsaylor@kelleydrye.com
therod@kelleydrye.com

Rebecca B. Durrant (SBN: 350444)
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile:  (212) 808-7897
rdurrant@kelleydrye.com

*Counsel for Defendant
QuinStreet, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 16, 2024, I electronically filed the foregoing **DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO DISMISS** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: February 16, 2024                             Respectfully submitted,

                                                By:   */s/ James B. Saylor*
                                                      James B. Saylor