**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

MAXX LYMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

QUINSTREET, INC.,

Defendant.

Case No. 5:23-CV-5056-PCP

Assigned to Hon. P. Casey Pitts

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Action Filed: October 3, 2023

**IT IS HEREBY STIPULATED** by and between Plaintiff Maxx Lyman and Defendant QuinStreet, Inc., by and through their respective attorneys of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety and with respect to all parties.

DATED: January 27, 2025

By: */s/ Anthony Paronich*
   Anthony Paronich (*pro hac vice*)
   **PARONICH LAW, P.C.**
   Hingham, MA 02043
   Telephone: (617) 485-0018
   Facsimile:  (508) 318-8100
   anthony@paronichlaw.com

   Dana J. Oliver (SBN: 291082)
   **OLIVER LAW CENTER, INC.**
   8780 19th Street #559
   Rancho Cucamonga, CA 91701
   Telephone: (855) 384-3262
   Facsimile:  (888) 570-2021
   dana@danaoliverlaw.com

   *Counsel for Plaintiff Maxx Lyman*

By: */s/ James B. Saylor*
   James B. Saylor (*pro hac vice*)
   Damon Suden (*pro hac vice*)
   Edwin Adlam Herod (*pro hac vice*)
   **KELLEY DRYE & WARREN LLP**
   3 World Trade Center
   175 Greenwich St.
   New York, NY 10007
   Telephone: (212) 808-7800
   Facsimile:  (212) 808-7897
   dsuden@kelleydrye.com
   jsaylor@kelleydrye.com
   therod@kelleydrye.com

   Ruth S. Kwon
   **KELLEY DRYE & WARREN LLP**
   350 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071
   Telephone: (213) 547-4900
   Facsimile: (213) 547-4901
   rkwon@kelleydrye.com

   *Counsel for Defendant QuinStreet, Inc.*

CASE NO. 5:23-CV-5056-PCP

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Anthony Paronich, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.


 DATED: January 27, 2025

By:  */s/ Anthony Paronich*

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile:  (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff Maxx Lyman*

CASE NO. 5:23-CV-5056-PCP

STIPULATION OF DISMISSAL WITH PREJUDICE

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 24, 2025, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: January 27, 2025                          Respectfully submitted,

By:   */s/ Anthony Paronich*
        Anthony Paronich

CASE NO. 5:23-CV-5056-PCP

STIPULATION OF DISMISSAL WITH PREJUDICE

4